UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:21-cr-109-SPC-NPM

BROWN DIMAS III

## **NOTICE OF COMPLIANCE WITH DISCOVERY**

The United States hereby notifies the Court of its compliance with its discovery

obligations in this case. On January 5, 2022, discovery was produced or made

available to defense counsel in this matter.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *s/Simon R. Eth*
Simon R. Eth
Assistant United States Attorney
Florida Bar No. 0091415
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Phone: (239) 461-2200
Fax:     (239) 461-2219
E-Mail: Simon.Eth@usdoj.gov

**U.S.A. v. Brown Dimas III**          **Case No. 2:21-cr-109-SPC-NPM**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Yvette Gray, Esq.

<u>*s/ Simon R. Eth*</u>
Simon R. Eth
Assistant United States Attorney